Frank C. Wright, appellant, v. Samuel Insull, receiver, etc., Chicago City Railways et al., appellees. Gen. No. 25,604.

Action for damages for personal injuries to plaintiff who was struck by an electric car upon alighting from the car of another company on a parallel track. Judgment for defendants on a directed verdict. Appeal from the Circuit Court of Cook county; the Hon. John P. McGoorty, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1919. Reversed in part and affirmed in part. Thomson, J., dissenting. Opinion filed October 5, 1921.

Northup, Fairbank & Klein, for appellant. Addison L. Gardner and Carroll H. Jones, for appellee Samuel Insull. Frank L. Kriete and William H. Symmes, for appellees Chicago City Ry. Co. and Chicago Rys. Co.; J. R. Guilliams and Charles L. Mahony, of counsel.

Mr. Justice Taylor delivered the opinion of the court.

---

Gordon A. Ramsay, administrator of the estate of Patrick Kinnane, deceased, appellee, v. Chicago City Railway Company et al., appellants. Gen. No. 25,652.

Action for damages for death of a passenger while boarding defendant's car, due to sudden starting or acceleration of the speed thereof. Verdict and judgment for plaintiff. Appeal from the Circuit Court of Cook county; the Hon. Frank Johnston, Jr., Judge, presiding. Heard in the Branch Appellate Court at the October term, 1919. Reversed with finding of fact. O'Connor, P. J., dissenting. Opinion filed October 5, 1921.

Harry P. Weber, George W. Miller and Arthur J. Donovan, for appellants; John R. Guilliams and Warner H. Robinson, of counsel. John E. Crahen, for appellee.

Mr. Justice Taylor delivered the opinion of the court.

---

A. Eichenbaum & Son, appellee, v. Bowman Dairy Company, appellant. Gen. No. 25,661.

Action for the price of hay sold and delivered. Judgment for plaintiff on a directed verdict. Appeal from the Municipal Court of Chicago; the Hon. William N. Gemmill, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1919. Reversed and remanded. Opinion filed October 5, 1921.

Montgomery, Hart & Smith, for appellant; Irving Herriott and Norman H. Pritchard, of counsel. Mancha Bruggemeyer, for appellee; Isidore Goodman, of counsel.

Mr. Justice Taylor delivered the opinion of the court.